IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| FRANCISCO TIU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 309-029 |
| | ) | |
| WALT WELLS, Warden, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. However, the Court takes this opportunity to briefly comment on two motions filed by Plaintiff since the issuance of the Report and Recommendation. The Magistrate Judge recommended that Plaintiff's case be dismissed without prejudice because Plaintiff failed to return his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms, despite being given multiple opportunities to do so. (See doc. no. 7). After receiving the Report and Recommendation, Plaintiff filed a motion for summary judgment and a motion to proceed *in forma pauperis* ("IFP"). (Doc. nos. 9, 10). However, neither of these motions address or cure the reason for the recommendation of dismissal, namely Plaintiff's failure to submit the requisite IFP paperwork. Rather, Plaintiff's summary judgment motion simply repeats his allegations of wrongdoing against Defendants. In addition, while the motion to proceed IFP

includes a computerized printout of his prisoner account statement (see doc. no. 10, pp. 3-5), Plaintiff has not returned the form that should have accompanied the printout, nor has he returned the Consent to Collection of Fees form.

Thus, Plaintiff's motions are **DENIED** as **MOOT**, as he still has not fulfilled the requirements for proceeding IFP, which was the basis for the recommendation of dismissal. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**, without prejudice.

SO ORDERED this 22nd day of October, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE